UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TAMEKA FULSON, individually, and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| vs. | |
| DST SYSTEMS, INC., | |
| Defendant. | |

Case No. 4:18-cv-00783

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, by and through her undersigned counsel, hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED,

Dated: November 30, 2018         By:   /s Nicholas Conlon
                                       Nicholas Conlon (Pro Hac Vice)
                                       JTB Law Group, LLC
                                       111 Town Square Place, Suite 400
                                       Jersey City, NJ 07310
                                       Phone: (877) 561-0000
                                       nicholasconlon@jtblawgroup.com

                                       *Lead Counsel for Plaintiff*

                                       Anthony M. Pezzani
                                       Engelmeyer & Pezzani, LLC
                                       13321 N. Outer Forty Road, Suite 300
                                       Chesterfield, MO 63017
                                       (636) 532-9933 Phone
                                       (314) 863-7793 Facsimile
                                       tony@epfirm.com

                                       *Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on November 30, 2018 via:

| | | | |
|---|---|---|---|
| _____ | U.S. MAIL | _____ | FACSIMILE |
| _X_ | ECF FILING | _____ | HAND DELIVERY |
| _____ | E-MAIL | _____ | FEDERAL EXPRESS |

                                              /s Nicholas Conlon
                                              Nicholas Conlon

2
Case 4:18-cv-00783-DGK   Document 13   Filed 11/30/18   Page 2 of 2